The Honorable Judge Madeline Cox Arleo

June 8, 2020

Criminal
Case No: 2:04-cr-00280
-04-280 (MCA)

Dear ~~[scribbled]~~

Clerk of the Court

I'm writing to ask about the status of my motion, filed March 2019! <u>Motion for the Inclusion of term Supervised Release be Imposed After Imprisonment,</u> <u>Pursuant to 18 U.S.C. 3583(a) 3583(e)(2).</u>

Can you send me a update Docket sheet..

Thank you
in this matter!!

Rakeem Baskerville 42113-037
F.C.I Bennettsville
P.O Box 52020
Bennettsville, SC 29512

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 JUN 15 A 10:07