

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

October 15, 2021

**VIA EMAIL and ECF**

The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

        RE:   *United States v. Rakeem Baskerville and Hakeem Curry*
                Crim. No. 04-280 (MCA)

Dear Judge Arleo:

      On March 10, 2021, defendant Hakeem Curry ("Curry") filed a motion with this court to amend his sentence (Dkt. No. 698, the "Curry Motion"). The Curry Motion is pending. Curry's co-defendant, Rakeem Baskerville ("Baskerville"), filed a motion to join the Curry Motion and the brief Curry filed in support on May 4, 2021 (Dkt. No. 701). The Government subsequently responded to the Curry Motion on April 15, 2021 (Dkt. No. 702) and Curry filed a reply brief on April 30, 2021 (Dkt. No. 704). Baskerville moved to join in Curry's reply brief on May 4, 2021 (Dkt. No. 705).

      On September 4, 2021, the Bureau of Prisons reported that Baskerville passed away, reportedly from complications due to the COVID-19 virus. In light of Baskerville's death, the Government requests that the Court dismiss as moot the filings under Docket Nos. 701 and 705.

      The Government is available should the Court require additional information. Baskerville appeared pro se, but a copy of this request is being forwarded to Mr. Curry's counsel. Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              RACAHEL A. HONIG

                                          Acting United States Attorney

                              By:  s/*Robert Frazer*
                                   ROBERT FRAZER
                                   STEVEN G. SANDERS
                                   Assistant United States Attorneys

cc:
Harlan Protass, Esq.